```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF PUERTO RICO

                              Minute Entry
```

**Hearing Information:**

**Debtor:** LUIS CARLOS CRUZ SOTO
**Case Number:** 08-03899-BKT13                                **Chapter:** 13
**Date / Time / Room:** 8/30/2011 9:00 AM
**Bankruptcy Judge:** BRIAN K. TESTER
**Courtroom Clerk:** BRENDA E. AGUAYO
**Reporter / ECR:** LORI ANN RODRIGUEZ

**Matter:**

Motion for Relief From Stay Under 362 filed by Firstbank PR (#54) and debtor's reply (#58)

**Appearances:**

ALEJANDRO OLIVERAS RIVERA, ATTORNEY FOR CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
MICHELLE VEGA, ATTORNEY FOR DEBTOR
MARISTELLA SANCHEZ RODRIGUEZ, ATTORNEY FOR MOVANT

**Proceedings:**

                                **ORDER**

A Final Hearing will be scheduled for 9/06/2011 at 9:00 A.M. The stay remains in full force and effect pending the conclusion of the Final Hearing.

SO ORDERED.


                                        /S/ BRIAN K. TESTER
                                        U.S. Bankruptcy Judge